# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0838
Lower Tribunal No. M24-25383A
_____

**Jonathan Aguirre,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 783 (1967), from the County Court for Miami-Dade County, Michelle Marie Urbistondo, Judge.

Jonathan Aguirre, in proper person.

Jame Uthmeier, Attorney General, and Lourdes B. Fernandez, Assistant Attorney General, for appellee.

Before FERNANDEZ, LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.  See <u>Kocaker v. State</u>, 119 So. 3d 1214, 1227 (Fla. 2013) ("[I]t is 'the jury's duty to determine whether the evidence is sufficient to exclude every reasonable hypothesis of innocence beyond a reasonable doubt.  Where there is substantial, competent evidence to support the jury verdict, that determination will not be disturbed by the courts.'" (quoting <u>Durousseau v. State</u>, 55 So. 3d 543, 557 (Fla. 2010))).